UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME ELI MCCOY, | No. 2:22-cv-2182 KJM DB P |
| Petitioner, | |
| v. | ORDER |
| SACRAMENTO COUNTY JAIL, | |
| Respondent. | |

Petitioner, a pretrial detainee, filed a petition for it of habeas corpus under 28 U.S.C. § 2254. On January 12, 2023, this court recommended this action be dismissed without prejudice to its renewal as civil rights action under 42 U.S.C. § 1983. In a document filed January 19, 2023, petitioner seeks appointment of an investigator. That motion is premature because this court has recommended the petition be dismissed. If the district judge permits petitioner to proceed with this action, he may renew his request for an investigator.

Accordingly, IT IS HEREBY ORDERED that petitioner's motion for appointment of an investigator (ECF No. 6) is denied.

Dated: January 27, 2023

DLB:9/DB Prisoner Inbox/Habeas/R/mcco2182.appt inv

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1