UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME ELI McCOY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SACRAMENTO CO. JAIL,<br><br>　　　　　Respondent. | No. 2:22-cv-2182 KJM DB P<br><br><br>ORDER |

Petitioner, a pretrial detainee proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. §2254. On February 1, 2023, this court recommended the petition be dismissed as duplicative of petitioner's pending civil rights action. In a document filed on February 16, petitioner states that he objects to the findings and recommendations. However, petitioner provides no reasons for his objections. Petitioner is advised that if he objects to a magistrate judge's findings and recommendations, he must provide a basis for that objection. See E.D. Cal. R. 304(b). Petitioner will be given additional time to provide the court with reasons for his objections.

////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that within twenty days, petitioner shall file a supplement to his objections to the February 1 findings and recommendations. In that supplement, petitioner must explain his reasons for his objections.

Dated: February 24, 2023

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Habeas/R/mcco2182.obj eot